STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHARLES BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:18-cr-494 EMC |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME |
| v. ) | |
| MARIA ROSARIO ESCOBAR DAVILA, ) | |
| Defendant. ) | |

      This matter is currently set for a status conference on August 24, 2022.  The parties are actively working towards a resolution and need more time to finalize the parameters of an agreement.  The parties agree that a continuance of the status conference is necessary to allow necessary time to work towards resolution.  Moreover, the parties are optimistic that a resolution will occur at the next calling of the case.  The parties are therefore requesting that the case be continued to September 21, 2022 for a further status conference.

      The parties also agree that the additional time is necessary for the effective preparation of counsel and continuing pretrial investigation and exchange of discovery.  Therefore, the parties jointly request that the time between August 24, 2022 and September 21, 2022 be excluded in order to provide

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-494 EMC

reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: August 23, 2022　　　　　　　　　Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ *Charles Bisesto*
CHARLES F. BISESTO
Assistant United States Attorney


 /s/ *Daniel Blank*
DANIEL BLANK
Attorney for Defendant Maria Escobar Davila

**[PROPOSED] ORDER**

For the reasons stated above, the Court continues the status conference date from August 24, 2022 to September 21, 2022 and finds that the exclusion of time from August 24, 2022, through and including September 21, 2022, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 23, 2022

_____
HON. HOWARD M. CHEN
United States District Court Judge